United States Courts
Southern District of Texas
FILED
*August 29, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. **4:25-cr-0451** |
| § | 18 U.S.C. §§ 1952(a)(3) & 371 |
| § | |
| **TROY LARON CHILDS,** § | |
| § | |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

**Conspiracy to Violate the Travel Act**
**(18 U.S.C. § 1952(a)(3) & 371)**

Beginning on a date unknown, but at least in or about the year 2023, and continuing up to on or about June 10, 2023, in the Houston Division of the Southern District of Texas, the Defendant,

**TROY LARON CHILDS,**

with other known and unknown individuals, knowingly conspired and agreed together and with each other to use and cause to be used facilities in interstate commerce with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, arson of a building, habitation, or vehicle in violation of the Texas Penal Code Section Sec. 28.02 (2), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

### **Object of the Conspiracy**

It was the object of the conspiracy for the defendant, **TROY LARON CHILDS**, and his co-conspirators to use facilities in interstate commerce with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, arson against a residence located at Piney Point Road, Huntsville, San Jacinto County, Texas.

### **Overt Acts**

In furtherance of the conspiracy, and to effect the object thereof, the defendant, **TROY LARON CHILDS**, committed one or more of the following overt acts:

1. On or about June 10, 2023, the defendant, **TROY LARON CHILDS**, and his co-conspirators used facilities in interstate commerce, to wit, cellular phones, with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, arson, against a residence located at Piney Point Rd, Huntsville, San Jacinto County, Texas.

2. On or about June 10, 2023, a residence located at Piney Point Rd, Huntsville, San Jacinto County, Texas was destroyed as a result of arson, an unlawful activity facilitated by the actions of **TROY LARON CHILDS** and his co-conspirators.

All in violation of Title 18, United States Code, Sections 1952(a)(3) and 371; and Pinkerton v. United States, 328 U.S. 640 (1946) (co-conspirator liability).

(SIGNATURES ON NEXT PAGE)

NICHOLAS J. GANJEI
United States Attorney

By: _____
KELLY ZENON-MATOS


_____
BYRON H. BLACK


_____
ALEXANDER L. ALUM
Assistant United States Attorneys

3